# Exhibit A

| | |
|---|---|
| **From:** | White, Brandon (Perkins Coie) <BMWhite@perkinscoie.com> |
| **Sent:** | Tuesday, March 17, 2020 11:32 AM |
| **To:** | Geers, Sarah A.; Normile, John J. |
| **Cc:** | Bloodworth, Shannon (Perkins Coie) |
| **Subject:** | RE: Revised Offer of Confidential Access (ANDA No. 213915) |

Sarah,

Thank you for your email.  Mylan Pharmaceuticals Inc. does not agree that venue is proper in the District of New Jersey.  Courts in that District have already held that venue is not proper over Mylan Pharmaceuticals Inc. there.  *See Valeant Pharmaceuticals North America LLC v. Mylan Pharmaceuticals Inc.*, No. 3:18-cv-13635, ECF No. 105 (D.N.J. Aug. 14, 2019) (granting Mylan Pharmaceuticals Inc.'s motion to dismiss for improper venue).

Please let us know if you would like to discuss.

**Brandon White | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.6206
F. +1.202.654.9681
E. BMWhite@perkinscoie.com

---

**From:** Geers, Sarah A. <sgeers@jonesday.com>
**Sent:** Monday, March 16, 2020 11:53 AM
**To:** White, Brandon (WDC) <BMWhite@perkinscoie.com>; Normile, John J. <JJNormile@JonesDay.com>
**Cc:** Bloodworth, Shannon (WDC) <SBloodworth@perkinscoie.com>
**Subject:** RE: Revised Offer of Confidential Access (ANDA No. 213915)

Dear Brandon,

Thank you for speaking with me and John Normile on Thursday afternoon.  As we discussed, in order to avoid unnecessary motion practice and the potential filing of protective suits and in light of Mylan's contemplated combination with Upjohn, Merck hereby requests that Mylan agree not to contest personal jurisdiction and venue in the United States District Court for the District of New Jersey, solely for the purpose of an infringement action relating to Mylan's February 18, 2020 notice letter with respect to ANDA No. 213915.

We would appreciate your confirmation of the foregoing at your earliest convenience.

Best regards,

Sarah A. Geers
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3936